AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

MICHAEL ANTHONY RAY,

      Petitioner,           JUDGMENT IN A CIVIL CASE
  V.

                                 CASE NUMBER: **3:04-cv-00587-ECR-VPC**

MICHAEL BUDGE, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for writ of habeas corpus (#16) is DENIED.

   __March 25, 2008__                                  **LANCE S. WILSON**
                                                                              Clerk

                                                                        __/s/ Kalani Lizares__
                                                                           Deputy Clerk